

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 17, 2020

VIA ECF
Hon. John P. Cronan
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2020
```

      Re:    *Zheng v. Wolf, et al.*, No. 20 Civ. 8698 (JPC)

Dear Judge Failla:

      This Office represents the government in this action in which plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her Refugee/Asylee Relative Petition (Form I-730). On behalf of the government, I write respectfully to request an extension of time of 60 days to respond to the complaint (*i.e.*, from December 28, 2020 to February 26, 2021). I also respectfully request that the initial conference presently scheduled for January 11, 2021 be adjourned to a date at least one week after February 26, 2021.

      The extension is respectfully requested because USCIS has scheduled an interview regarding plaintiff's Form I-730 on January 7, 2021. Thus, the government anticipates that the requested extension will provide adequate time for USCIS to conduct the interview and then determine what next steps may be necessary or proceed to adjudicate the Form I-730, which would render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiff's counsel consents to these requests.

      I thank the Court for its consideration of this letter.

Defendants' request is GRANTED. Defendants shall respond to the Complaint by no later than February 26, 2021. The Initial Pretrial Conference scheduled for January 11, 2021, at 2:00 p.m. is hereby adjourned *sine die*. The parties are further ORDERED to file a joint status letter with the Court on March 5, 2021, reporting on the status of Plaintiff's petition.

The Clerk of Court is respectfully directed to close the motion pending on Dkt. 9.

SO ORDERED.
Date: December 18, 2020
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   *s/ Michael J. Byars*
      MICHAEL J. BYARS
      Assistant United States Attorney
      Telephone: (212) 637-2786
      Facsimile: (212) 637-2786
      E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)